United States District Court
Southern District of Texas

**ENTERED**

December 19, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BON VAN NGUYEN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-05827** |
| | § | |
| **PAMELA BONDI,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner Bo Van Nguyen's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion for Summary Judgment (ECF No. 10). After considering the briefing, applicable law, and the arguments of counsel, the Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and **DENIES** Respondents' Motion for Summary Judgment (ECF No. 10). The Court concludes that Respondents' re-detention of Petitioner failed to comply with 8 CFR § 241.13, thereby violating Petitioner's right to due process of law. *See, e.g.*, *Abuelhawa v. Noem*, No. 4:25-CV-04128, 2025 WL 2937692 (S.D. Tex. Oct. 16, *2025); Salgar v. Noem*, 4:25-cv-04797 (S.D. Tex. Nov. 14, 2025); *Nguyen v. Hyde*, 788 F. Supp. 3d 144, 150 (D. Mass. 2025). The Court is persuaded by the reasoning in these and other similar cases.

The Court therefore **ORDERS** as follows.

1. Respondents shall release Petitioner from custody within forty-eight (48) hours of entry of this Order. Petitioner shall be released in a public place within the Southern District of Texas, and his counsel shall be given notice of the time and place of his release.

2.  Petitioner shall comply with the conditions of his previous Order of Supervision while

    released.

3.  Respondents shall not redetain Petitioner under 8 C.F.R. § 241.13(i)(2)-(3) unless and

    until Respondents have obtained a travel document allowing for Petitioner's removal

    from the United States.

4.  Respondents shall update the Court on the status of Petitioner's release on or before

    December 22, 2025.

**IT IS SO ORDERED.**

Signed at Houston, Texas on December 19, 2025.

Keith P. Ellison
United States District Judge